# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MARTINEZ,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CYNOSURE, INC,<br><br>　　　　　　　　　　Defendant. | Case No.  20cv1513-MMA-BGS<br><br>**ORDER DENYING AS MOOT DEFENDANT CYNOSURE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 4] |

On August 13, 2020, Defendant Cynosure, Inc. ("Cynosure") filed a motion to dismiss Plaintiff Francisco Martinez's ("Plaintiff") Complaint. *See* Doc No. 4. On September 3, 2020, Plaintiff filed a First Amended Complaint ("FAC") in lieu of a response to Cynosure's motion. *See* Doc. No. 6. Plaintiff has not previously amended his Complaint and has timely filed his FAC within twenty-one days after service of Defendant's motion. *See* Fed. R. Civ. P. 15(a)(1)(B). Accordingly, the complaint which Cynosure seeks to dismiss is no longer the operative pleading in this action, as an amended complaint supersedes the original complaint. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (citing *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds by Lacey v. Maricopa Cnty.*,

693 F.3d 896, 927-28 (9th Cir. 2012)).

As such, the Court **DENIES AS MOOT** Cynosure's motion to dismiss Plaintiff's Complaint. Cynosure's motion to change venue, *see* Doc. No. 3, remains pending and set for hearing on September 21, 2020.

**IT IS SO ORDERED.**

Dated: September 9, 2020

HON. MICHAEL M. ANELLO
United States District Judge