# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MARTINEZ,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>CYNOSURE, INC. and DOES 1 through 10, inclusive,,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-01513-MMA (BGS)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Doc. No. 13] |

On October 9, 2020, the parties filed a stipulation and joint motion to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear their own costs and attorney's fees. The Court **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated: October 9, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge